**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central District of California
_____ (State)

Case number (*If known*): _____ Chapter 7

☐ Check if this is an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | FAME Assistance Corporation |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | None |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 95-4282097 |

4. **Debtor's address**

**Principal place of business**

2270 S. Harvard Boulevard
Number    Street

Los Angeles, CA 90018

Los Angeles
County

City    State    ZIP Code

**Mailing address, if different from principal place of business**

_____
Number    Street

_____
P.O. Box

_____
City    State    ZIP Code

**Location of principal assets, if different from principal place of business**

1968 W. Adams Street
Number    Street

Los Angeles, CA 90018

City    State    ZIP Code

5. **Debtor's website** (URL)  _____

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page 1

Debtor  **FAME Assistance Corporation**  Case number (*if known*)_____
       Name

| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
|   |   | ☐ Partnership (excluding LLP) |
|   |   | ☐ Other. Specify: _____ |

7. **Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☑ None of the above

   B. *Check all that apply:*

   ☑ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   6242 __ __ __

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*

   ☑ Chapter 7
   ☐ Chapter 9
   ☐ Chapter 11. *Check **all** that apply*:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

Debtor    **FAME Assistance Corporation**           Case number *(if known)* _____
          Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ☐ No
   ☑ Yes.  District __Central__    When __07/31/2019__    Case number __2:19-bk-18900-NB__
                                                     MM / DD / YYYY

   If more than 2 cases, attach a separate list.

         District _____  When _____  Case number _____
                                    MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☑ No
    ☐ Yes. Debtor _____  Relationship _____
            District _____  When _____
                                                        MM / DD / YYYY

    List all cases. If more than 1, attach a separate list.

           Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
         What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                                  Number      Street

    _____

    _____  _____  _____
    City                               State ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes. Insurance agency _____
            Contact name _____
                Phone _____

**Statistical and administrative information**

Debtor  FAME Assistance Corporation _____    Case number (if known)_____
      Name

**13. Debtor's estimation of available funds**

Check one:
- ☐ Funds will be available for distribution to unsecured creditors.
- ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

- ☐ 1-49
- ☑ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated assets**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/01/2024
               MM / DD / YYYY

x /s/ Robert R. Shaw, II    Robert R. Shaw, II
Signature of authorized representative of debtor    Printed name

Title  Chief Executive Officer

Debtor  FAME Assistance Corporation
        Name

Case number (if known) _____

**18. Signature of attorney**    X _____    Date  05/01/2024
                                 Signature of attorney for debtor        MM / DD / YYYY

Jacky P. Wang
Printed name

Sanders Roberts LLP
Firm name

1055 W. 7th Street, Suite 3200
Number    Street

Los Angeles                                            CA       90017
City                                                   State    ZIP Code

(213) 426-5000                                         jwang@sandersroberts.com
Contact phone                                          Email address

222464                                                 CA
Bar number                                             State

Administrative Services Co-Op
1515 W 190th Street Suite 250
Gardena, CA 90248

ADP Inc
PO Box 31001-1874
Pasadena, CA 91110

ADP Pasadena
55 South Lake Drive
Pasadena, CA 91101

Aflac
1932 Wynnton Road
Columbus, GA 31999

AMS (Alliance Member Services)
PO Box 52224
Phoenix, AZ 85072-2224

AmTrust Financial
800 Superior Avenue East
Cleveland, OH 44114

Arco Business Solutions
PO Box 70995
Charlotte, NC  28272

Arthur J Gallagher & Co
PO Box 742886
Los Angeles, CA 90074

Arthur J Gallagher & Co
2850 Golf Road
Rolling Meadows, IL 60008


AT&T
PO Box 5014
Carol Stream, IL 60197


AT&T
PO Box 5014
Carol Stream, IL 60197


AT&T Services Inc
12984 Collection Center Drive
Chicago, IL 60693


AT&T Services Inc
13160 Collection Center Drive
Chicago, IL 60693


AV Transportation Services
828 West Lancaster Boulevard
Lancaster, CA 93534


Bell Cab Company Inc
5155 W Rosecrans Avenue Suite 300
Hawthorne, CA 90250


Bell Cab Company Inc
5155 W Rosecrans Avenue Suite 310
Hawthorne, CA 90250

Blue Shield of California
PO Box 749415
Los Angeles, CA 90074


Charter Communications
PO Box 60074
City of Industry, CA 91716


Church HR Network dba
Demattia Consulting
9452 Telephone Road Suite 270
Ventura, CA 93004


Church HR Network dba
Demattia Consulting
511 Chesapeake Place
Ventura, CA 93004


Clifford R t CPA
552 E Carson Street Suite 104
Carson, CA 90745


Computerized Business Solution Inc
1234 Greenhaven Avenue
San Dimas, CA 91773


Crenshaw Lock Company
3434 W 43rd Street
Los Angeles, CA 90008


Department of Motor Vehicles
Registration Operations Division
PO Box 932370  MS H875
Sacramento, CA 94232

DMV Renewal
PO Box 942897
Sacramento, CA 94297


ETR
100 Enterprise Way
Scotts Valley, CA 95066


ETR
5619 Scotts Valley Drive Suite 140
 Scotts Valley, CA 95066


First AME Church of Los Angeles
2270 S  Harvard Boulevard
Los Angeles, CA 90018


Fusion Cloud Company LLC
PO Box 51538
Los Angeles, CA 90051


Fusion Cloud Company LLC
210 Interstate North Parkway Suite 300
Atlanta, GA 30339


International Institute of Los Angeles
3845 Selig Place
Los Angeles, CA 90031


I-SEEED
1625 Clay Street Suite 600
Oakland, CA 94612

I-SEEED
1330 Broadway Suite 300
Oakland, CA 94612


Ivie McNeill Wyatt Purcell & Diggs
444 S Flower Street Suite 1800
Los Angeles, CA 90071


Johnson Control Security Solutions
PO Box 371967
Pittsburgh, PA 15250


Johnson Controls
5757 N. Green Bay Avenue
PO Box Box 591
Milwaukee, WI 53201


Kaiser Foundation Health Plan
File 5915
Los Angeles, CA 90074


Kaiser Permanente Health Plan
393 E Walnut Street LSRS-4
Pasadena, CA 91103


Los Angeles City Cab
7955 San Fernando Road
Sun Valley, CA 91352


Los Angeles County Tax Collector
PO Box 54018
Los Angeles, CA 90054

Los Angeles Department of Water & Power
PO Box 30808
Los Angeles, CA 90030


Robert Marvin Silverman
Law Offices of Robert M Silverman
215 Paseo Gregario
Palm Desert, CA 92211


Robert Marvin Silverman
Law Offices of Robert M Silverman
269 S Beverly Drive Suite 1358
Beverly Hills, CA 90212


Principal Life Insurance Company
PO Box 10372
Des Moines, IA 50306


Principal Financial Group
P.O. Box 14455
Des Moines, IA 50306-3455


Principal Financial Group
711 High Street
Des Moines, IA 50392


Promac Image Systems
1720 S Vermont Avenue
Los Angeles, CA 90006


Raider Fire Protection
PO Box 7802
Mission Hills, CA 91346

Raider Fire Protection
22342 Claibourne Lane
Santa Clarita, CA 91350


Regency Fire Protection
7647 Densmore Avenue
Van Nuys, CA 91406


Regency Fire & Security Service
16512 Arminta Street
Van Nuys, CA 91406


Regency Protection Services Inc
16512 Arminta Street
Van Nuys, CA 91406


Republic Services
PO Box 78829
Phoenix, AZ 85062


Republic Services
PO Box 9001099
Louisville, KY 40290-1099


Sids Air Conditioning Heating & Refrigeration
5654 W Pico Boulevard
Los Angeles, CA 90019


Peter T. Steinberg
Steinberg, Nutter & Brent Law Corporation
23801 Calabasas Road Suite 2031
Calabasas, CA 91302

Tetra Graphics
1504 228th Street Suite B
Torrance, CA 90501


Southern California Gas Company
PO Box C
Monterey Park, CA 91756


Southern California Gas Company
PO Box 1626
Monterey Park, CA 91754-8626


The Lincoln National Life Insurance Company
PO Box 0821
Carol Stream, IL 60132


TK Elevator Corporation
PO Box 3796
Carol Stream, IL 60132


Tri-Star Interiors
20800 Dearborn Street
Chatsworth, CA 91311


Vermont Outlet True Value
2929 S Vermont Avenue
Los Angeles, CA 90007


United Independent Taxi Drivers Inc
900 N Alvarado Street
Los Angeles, CA 90026

Verizon Connect Telo Inc
PO Box 844183
Los Angeles, CA 90084


Verizon Wireless
PO Box 660108
Dallas, TX 75266


Verizon Wireless
1095 Avenue of the Americas
New York, NY 10036


Vert Energy Group Inc
100 Spectrum Center Drive Suite 900
Irvine, CA 92618


Villanueva's Hardware
3030 W Pico Boulevard
Los Angeles, CA 90006


Wells Fargo Vendor Financial
1010 Thomas Edison Boulevard SW
Cedar Rapids, IA 52404


Wilmar
6875 Best Friend Road Suite 100
Atlanta, GA 30340


WestAdams LLC
5858 Wilshire Boulevard Suite 301
Los Angeles, CA 90036

WestAdams LLC
c/o Gregory Bell
5858 Wilshire Boulevard Suite 301
Los Angeles, CA 90036

WestAdams LLC
c/o Bradley S Gluckstein
5858 Wilshire Boulevard Suite 301
Los Angeles, CA 90036

BRG Adams LLC
5858 Wilshire Boulevard Suite 301
Los Angeles, CA 90036

BRG Adams LLC
c/o Gregory Bell
5858 Wilshire Boulevard Suite 301
Los Angeles, CA 90036

BRG Adams LLC
c/o Bradley S Gluckstein
5858 Wilshire Boulevard Suite 301
Los Angeles, CA 90036

Apex Realty Inc
c/o Bradley S Gluckstein
5858 Wilshire Boulevard Suite 301
Los Angeles, CA 90036

Denise Brown
c/o Navid Yadegar
1875 Century Park East Suite 1240
Los Angeles, CA 90067

Dean E Brown
c/o Navid Yadegar
1875 Century Park East Suite 1240
Los Angeles, CA 90067


Solon Escobar
c/o Navid Yadegar
1875 Century Park East Suite 1240
Los Angeles, CA 90067


Dion Finister
c/o Mark Christopher Sherwood
Law Offices Mark C. Sherwood
5655 Lindero Canyon Road Suite 704
Westlake Village, CA 91362-4053


Chrisantes Finister
c/o Mark Christopher Sherwood
Law Offices Mark C. Sherwood
5655 Lindero Canyon Road Suite 704
Westlake Village, CA 91362-4053


Saki Middleton
John Stanley Inc
655 Deep Valley Drive Suite 325-B
Rolling Hills Estates, CA 90274


Saki Middleton
John Stanley Inc
601 S Figueroa Street Suite 2320
Los Angeles, CA 90017